HENRY WINTHROP GRAY, Respondent, *v.* GEORGE T. GREEN, Impleaded, etc., Appellant.

(Argued February 12, 1886; decided April 20, 1886.)

*Samuel Hand* for appellant.

*Osborn E. Bright* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

───────

LIZZIE A. WOOD, Respondent, *v.* STILES M. WOOD, Appellant.

(Argued April 13, 1886; decided April 20, 1886.)

*Geo. H. Stevens* for motion.

*B. R. Heyward* opposed.

Motion to dismiss appeal granted, without prejudice to the right of the appellant to apply to the Supreme Court for any relief to which he may be entitled.

───────

EDGAR M. PAYN, Respondent, *v.* CHARLES H. FIELD et al., Appellants.

(Argued April 12, 1886; decided April 27, 1886.)

*Robert Payne* for appellants.

*Worthington Frothingham* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.